IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN GREGORY LEWIS,

      Plaintiff,                          No. CIV S-09-1441 DAD P

vs.

A. SCHWARZENEGGER, et al.,

      Defendants.                  ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not submitted an application to proceed in forma pauperis and has not paid the appropriate filing fee.

      The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

      In this case, plaintiff complains about the conditions of his confinement at CSP-Lancaster. Plaintiff's claims thus arose in Los Angeles County, which is located in the Central

1

1  District of California. Therefore, plaintiff's complaint should have been filed in the United
2  States District Court for the Central District of California. In the interest of justice, a federal
3  court may transfer a complaint filed in the wrong district to the correct district. <u>See</u> 28 U.S.C.
4  § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).
5      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
6  United States District Court for the Central District of California.
7  DATED: June 3, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11  DAD:9:md
    lewi1441.21